## UPTOWN FEDERAL SAVINGS AND LOAN *v.* ESTHER A. DEFINE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18216) is denied.

*Edward F. Kunin*, in support of the petition.

Decided September 15, 1998

## BARI LEVINE ET AL. *v.* STATE TEACHERS RETIREMENT BOARD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 18264) is denied.

*Richard L. Albrecht* and *Jocelyn B. Hurwitz*, in support of the petition.

*Laurie Adler*, assistant attorney general, in opposition.

Decided September 15, 1998

## STATE STREET MORTGAGE COMPANY *v.* BARBARA ROTH ET AL.

The defendant's petition for certification for appeal from the Appellate Court (AC 18273) is denied.

*Barbara Roth*, pro se, in support of the petition.

*Matthew B. Woods*, in opposition.

Decided September 15, 1998